UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                    Case No. 23-30322
                                     Originating No. 3:23-cr-87

**TARIUS S. MYERS, SR.**

    **Aka "Tae",**

    Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TARIUS S. MYERS,** to answer to charges pending in another federal district, and states:

1. On **August 4, 2023** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), Conspiracy to distribute 400 grams or more of a mixture and substance containing fentanyl; 21 U.S.C. 846, 841(a)(1), and 841(b)(1)(A), conspiracy to distribute 50 grams or more of methamphetamine; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B), 18 U.S.C.**

**§2, possession with Intent to distribute 40 or more of a mixture and substance containing a detectable amount of fentanyl and 50 grams or more of methamphetamine;18 U.S.C. § 924(c)(1)(A) and 2, Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and forfeiture allegations.**

      2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      DAWN N. ISON
      United States Attorney

      s/Patrick Corbett
      Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      Patrick.corbett@usdoj.gov
      (313) 226-9703

Dated: August 4, 2023